**<u>CRIMINAL PROCEEDINGS</u> - Change of Plea**
 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge:  Edward J. Lodge                           Date: April 21, 2015
Courtroom Deputy:  Diane Chamberlain   Case No. 1:14-cr-00236-EJL
Reporter:  Lisa Yant                                   Time: 1:40 - 2:10 pm
                                                                  Location: Boise, ID

**UNITED STATES OF AMERICA vs JENNIFER R. RANSOM**
        Counsel for   United States: AUSA Raymond Patricco
                            Defendant:   Charles Peterson
                            Interpreter: n/a

Defendant - Sworn
Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation of counsel.
At the request of the Court, counsel for the Government stated for the record the elements and evidence of the charge.  The defendant understands the maximum penalties and elements of the charge and agree with the prosecutor's statement.
Defendant's Constitutional Rights advised.   Waiver entered.
Plea Agreement discussion.   Defendant understands the terms of the plea agreement.
Defendant and counsel advise the change of plea is knowledgeable and voluntary, have discussed potential defenses and understand the rights which are being waived.
Defendant entered a plea of guilty to Count Five.
Plea accepted.

 **Sentencing set before Judge Edward J. Lodge:**  July 27, 2015 @ 10 am
Court ordered a presentence investigation report.
            Original report to Counsel:  June 22, 2015
            Notification of Objections:  July 6, 2015
            Final Report Due:  July 20, 2015

PLEASE NOTE:  <u>Any motions for departure, sentencing memorandums or letters in support must be filed seven (7) days prior to the sentencing hearing.</u>

Defendant's custody status remains as previously ordered.